**No. 25-5310**  **September Term, 2024**

1:25-cv-01107-LLA

Filed On: August 27, 2025 [2132187]

Susman Godfrey LLP,

    Appellee

    v.

Executive Office of the President, et al.,

    Appellants

**O R D E R**

The notice of appeal was filed on August 22, 2025, and docketed in this court on August 26, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | September 26, 2025 |
| Docketing Statement Form | September 26, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 26, 2025 |
| Procedural Motions, if any | September 26, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 26, 2025 |
| Statement of Issues to be Raised | September 26, 2025 |
| Transcript Status Report | September 26, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | September 26, 2025 |
| Dispositive Motions, if any | October 14, 2025 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 26, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 26, 2025 |
| Procedural Motions, if any | September 26, 2025 |
| Dispositive Motions, if any | October 14, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Emily K. Campbell
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)