# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et* al.,<br><br>   Defendants-Appellants. | Civil Action No. 25-5241 |
| JENNER & BLOCK LLP,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et* al.,<br><br>   Defendants-Appellants. | Civil Action No. 25-5265 |
| WILMER CUTLER PICKERING HALE and DORR LLP, | Civil Action No. 25-5277 |

>               Plaintiff-Appellee,
>
>        v.
>
> EXECUTIVE OFFICE OF THE
> PRESIDENT,
> *et* al.,
>
>               Defendants-
>               Appellants.

> SUSMAN GODFREY LLP,
>
>               Plaintiff-Appellee,
>
>        v.
>
> EXECUTIVE OFFICE OF THE
> PRESIDENT,
> *et* al.,
>
>               Defendants-
>               Appellants.

Civil Action No. 25-5310

# MOTION TO WITHDRAW MOTION TO VOLUNTARILY DISMISS APPEALS

Defendant-Appellants respectfully move to withdraw their motion to voluntarily dismiss these consolidated appeals. Counsel for Defendant-Appellants reached out to counsel for Plaintiff-Appellees for their position. All Plaintiff-Appellees oppose stating, "Plaintiffs-Appellees oppose the government's unexplained request to withdraw yesterday's voluntary dismissal, to which all parties had agreed. Under no circumstances should the government's unexplained about-face provide a basis for an extension of its brief." Regardless of Plaintiff-Appellees position, this Court has not yet granted the motion to dismiss, and it is the prerogative of Defendant-Appellants to pursue this appeal. In addition, there is no prejudice to Plaintiff-Appellees in the Court granting this motion. This Court should grant this motion to withdraw.

Respectfully submitted,

Dated:     March 3, 2026
           Washington, D.C.

STANLEY E. WOODWARD, JR.
Associate Attorney General


/s/ *Abhishek S. Kambli*
ABHISHEK S. KAMBLI
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-9500

*Counsel for Defendant-Appellants*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of D.C. Circuit Rule 27 because it contains 110 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

_/s/ Abhishek S. Kambli_
ABHISHEK S. KAMBLI

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

/s/ Abhishek S. Kambli
ABHISHEK S. KAMBLI