**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| SUSMAN GODFREY LLP,<br>*Plaintiff-Appellee*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *ET AL.*,<br>*Defendants-Appellants*. | No. 25-5310 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Plaintiff-Appellee, Susman Godfrey LLP, respectfully submits this notice of the withdrawal of Kyle Schneider as counsel for Susman Godfrey LLP in the above-captioned matter due to a change of employment. Susman Godfrey LLP will continue to be represented by Munger, Tolles & Olson LLP counsel listed below.

Respectfully submitted,

By: /s/ *Donald B. Verrilli, Jr.*

Donald B. Verrilli, Jr.
Elaine J. Goldenberg
Ginger D. Anders
Jeremy S. Kreisberg
Esthena L. Barlow
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW
Suite 500E
Washington, DC 20001
(202) 220-1100
Donald.Verrilli@mto.com

*Counsel for Plaintiff-Appellee Susman Godfrey LLP*

Brad D. Brian
Hailyn J. Chen
Adam B. Weiss
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue,
50th Floor
Los Angeles, CA 90071
(213) 683-9100

September 8, 2026